**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

PATRICIA CANNON
 on behalf of C.D.,
 a minor child                                                                                    PLAINTIFF

v.                               3:11CV00085 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 1st day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE